**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Peter James Roberts<br>&<br>Ginger M. Roberts,<br>aka Ginger Marlene Bauman,<br>aka Ginger Marlene Confer,<br>aka Ginger Marlene Roberts<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 14-15250 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP, and index same on the master mailing list.

    Respectfully submitted,

**/s/Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734