## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Peter James Roberts<br>Ginger M. Roberts, aka Ginger Marlene<br>Bauman, aka Ginger Marlene Confer, aka<br>Ginger Marlene Roberts<br>                    Debtors | CHAPTER 13 |
| MTGLQ Investors, LP<br>                    Movant<br>          vs. | NO. 14-15250 REF |
| Peter James Roberts<br>Ginger M. Roberts, aka Ginger Marlene Bauman, aka<br>Ginger Marlene Confer, aka Ginger Marlene Roberts<br>                    Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle<br>                    Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certificate of No Response of MTGLQ Investors, LP, which was filed with the Court on or about **September 28, 2017** (Document No. 40).

                                        Respectfully submitted,

                                        **/s/ Matteo S. Weiner, Esquire**
                                        Matteo S. Weiner, Esquire
                                        Attorney for Movant
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

October 6, 2017