UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Peter James Roberts and Ginger M. Roberts ,
Bankruptcy No. 14-15250-ref

Date: December 5, 2017

To: David W. Tidd, Esquire


# NOTICE OF INACCURATE FILING

Re:  **Motion to Modify Plan, Proposed Order, Addendum, Certificate of Service and Notice**

The above pleadings were filed in this office on **December 4, 2017.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- (**X**) Debtor's name does not match case number listed for the Eastern District of Pennsylvania
- ( ) Debtor's name and/or case number (is) are missing
- ( ) Wrong PDF document attached
- ( ) PDF document not legible
- ( ) Notice of Motion/Objection
- ( ) Document must be re-filed to correct error.
- (**X** ) Other - **Please e-mail me the corrected PDF Documents.  Please do not re-file.**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **sara_roman@paeb.uscourts.gov**. Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk of Court


By: /s/ Sara I. Roman
Deputy Clerk

CM-ECF 14 day notice.frm
4/10/03