UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| PETER JAMES ROBERTS | : | |
| GINGER MARLENE ROBERTS | : | |
| | : | Case No.: 14-15250ref |
| Debtors. | : | |
| | : | |
| | : | HEARING TO BE HELD: |
| | : | Date: Thursday, December 28, 2017 |
| | : | Time: 9:30 a.m. |
| | : | Place: U.S. Bankruptcy Court |
| | : | Courtroom #1, 3rd Floor |
| | : | The Madison |
| | : | 400 Washington St. |
| | : | Reading, PA 19601 |

## MOTION TO MODIFY FIRST AMENDED CHAPTER 13 PLAN POST-CONFIRMATION

AND NOW, Debtors, Peter and Ginger Roberts, by and through their attorney, David W. Tidd, Esq. believe and therefore aver as follows:

1. On June 30, 2014, Debtors filed a petition under Chapter 13 of the Bankruptcy Code.

2. On July 30, 2015, the Debtor's First Amended Chapter 13 plan was confirmed by the court.

3. Debtors wish to file an Addendum to the First Amended Chapter 13 Plan. Debtors wish to amend Section 1, Part a, to change the payment schedule in order to include post-petition mortgage arrears per stipulation between Debtors and Mortgagee. Debtors have paid $20,000.00 to-date and shall pay $1,272.01 a month starting December, 2017 for the remaining 19 months.

**WHEREFORE**, the Debtor's requests that the Court approve the Addendum to the First Amended Chapter 13 Plan.

Respectfully submitted,

Dated: December 4, 2017    By:    /s/David W. Tidd
David W. Tidd, Esq.
Attorney I.D. 88203
Attorney for Debtors
P.O. Box 6643
Wyomissing, PA 19610
Phone: 610-838-8700
Fax: 610-838-8321
Email: Bankruptcy@davidtiddlaw.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      :        **Chapter 13**
**PETER JAMES ROBERTS**               :
**GINGER MARLENE ROBERTS**            :
                                      :        **Case No.: 14-15250ref**
                              **Debtors.**   :

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify First Amended Chapter 13 Plan Post-Confirmation with respect to all creditors, good cause and good faith appearing, it is hereby

**ORDERED** that the Debtor's Motion is granted and the Addendum to Debtor's First Amended Plan is Approved.

                                    BY THE COURT:


                                    _____
                                                                    J.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| PETER JAMES ROBERTS : | |
| GINGER MARLENE ROBERTS : | |
| : | Case No.: 14-15250ref |
| Debtors. : | |

## ADDENDUM TO FIRST AMENDED CHAPTER 13 PLAN

The Debtors, Peter and Ginger Roberts, by and through counsel of record, David W. Tidd, Esquire, hereby amend the First Amended Chapter 13 Plan as follows:

Section 1, Part a:  Debtors have paid $20,000.00 to-date and Debtors shall pay $1,272.01 a month starting December, 2017 for the remaining 19 months.

Respectfully submitted,

Dated: December 4, 2017        By:    /s/David W. Tidd, Esq.
David W. Tidd, Esq.
Attorney for Debtors
The Law Offices of David W. Tidd
P.O. Box 6643
Wyomissing, PA 19610
Phone: 610-838-8700
Fax: 610-838-8321
Email: Bankruptcy@davidtiddlaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| PETER JAMES ROBERTS, : | |
| GINGER MARLENE ROBERTS, : | |
| : | Case No.: 14-15250ref |
| Debtors. : | |
| : | |

**CERTIFICATE OF SERVICE**

    I, David W. Tidd, Esq., attorney for the above-named Debtors, do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtor's Motion to Modify First Amended Chapter 13 Plan Post-Confirmation upon the following:

Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Frederick L. Reigle, Esq.
Standing Ch. 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading PA 19606-0410

Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Peter and Ginger Roberts
1009 Pawnee Street
Bethlehem, PA 18015


All Creditors listed on the filed Matrix in this case.

Dated: December 4, 2017        By:    /s/David W. Tidd, Esq.
                                             David W. Tidd, Esq.
                                             Attorney for Debtors
                                             P.O. Box 6643
                                             Wyomissing, PA 19610
                                             Phone: 610-838-8700
                                             Fax:    610-838-8321
                                             Email: Bankruptcy@davidtiddlaw.com