UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **Chapter 13** |
| PETER JAMES ROBERTS | : | |
| GINGER MARLENE ROBERTS | : | |
| | : | Case No.: 14-15250ref |
| Debtors. | : | |
| | : | |
| | : | **HEARING TO BE HELD:** |
| | : | Date: Thursday, December 28, 2017 |
| | : | Time:  9:30 a.m. |
| | : | Place: U.S.  Bankruptcy Court |
| | : | Courtroom #1, 3rd Floor |
| | : | The Madison |
| | : | 400 Washington St. |
| | : | Reading, PA  19601 |

## NOTICE OF MOTION TO MODIFY
## FIRST AMENDED CHAPTER 13 PLAN AFTER CONFIRMATION

    David W. Tidd Esquire, counsel for Debtors/Movant, has filed a MOTION TO MODIFY FIRST AMENDED CHAPTER 13 PLAN AFTER CONFIRMATION

    YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).

    1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before **December 26, 2017** you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at:

        United States Bankruptcy Court
        Courtroom #1, 3rd Floor
        The Madison
        400 Washington St.
        Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

    (b)  mail a copy to the Movants' attorney:

        David W. Tidd, Esquire
        P.O. Box 6643
        Wyomissing, PA 19610
        Phone: 610-838-8700

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

    3.  A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on **Thursday, December 28, 2017 at 9:30 AM** in Courtroom #1, 3rd Floor, The Madison, 400 Washington St., Reading, Pennsylvania 19601.

    4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: December 4, 2017        /s/David W. Tidd, Esq.
                                                    David W. Tidd, Esq.
                                                    Attorney for Debtors
                                                    P.O. Box 6643
                                                    Wyomissing, PA 19610
                                                    Phone:   610-838-8700
                                                    Fax:      610-838-8321
                                                    Email: Bankruptcy@davidtiddlaw.com