# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 13 |
| PETER JAMES ROBERTS, : | |
| GINGER MARLENE ROBERTS, : | Case No.: 14-15250-ref |
| Debtors. : | |

### CERTIFICATION OF NO ANSWER

I, David W. Tidd, Esquire, counsel for the Debtor's, hereby certify that on December 4, 2017 a Motion to Modify Chapter 13 Plan Post-Confirmation was filed and served on the following:

Office of the U.S. Trustee  
33 Chestnut Street  
Philadelphia, PA 19107

Peter and Ginger Roberts  
1009 Pawnee Street  
Bethlehem, PA 18015

Frederick L. Reigle, Esq.  
Standing Ch. 13 Trustee  
P.O. Box 4010  
Reading PA 19606-0410

Matteo S. Weiner, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532

ALL CREDITORS LISTED ON THE FILED MATRIX IN THIS CASE.

The above-named have failed to file on or before December 28, 2017 any Answer, Objection or other responsive pleading.

Dated: January 4, 2018         By:    /s/David W. Tidd, Esq.
                                       David W. Tidd, Esquire
                                       Attorney for Debtors
                                       P.O. Box 6643
                                       Wyomissing, PA 19610
                                       Phone: 610-838-8700
                                       Fax:   610-838-8321
                                       E-Mail: bankruptcy@davidtiddlaw.com