## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **Chapter 13** |
| **PETER JAMES ROBERTS** | : | |
| **GINGER MARLENE ROBERTS** | : | |
| | : | **Case No.: 14-15250ref** |
| Debtors. | : | |

## <u>ORDER</u>

**AND NOW**, upon consideration of the Debtor's Motion to Modify First Amended Chapter 13 Plan Post-Confirmation with respect to all creditors, good cause and good faith appearing, it is hereby

**ORDERED** that the Debtor's Motion is granted and the Addendum to Debtor's First Amended Plan is Approved.

BY THE COURT:

**Date: January 9, 2018**

_____
                                                              J.