United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15250-ref
Peter James Roberts                                                        Chapter 13
Ginger M. Roberts
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Jan 09, 2018
                             Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db/jdb      +Peter James Roberts,   Ginger M. Roberts,   1009 Pawnee Street,   Bethlehem, PA 18015-4126
cr          +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, tx 76096-3853
cr           ECAST Settlement Corporation,   POB 29262,   New York, NY  10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2018 01:50:41      CACH, LLC,
             PO Box 10587,   Greenville, SC  29603-0587
cr           E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 01:39:23      Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   MTGLQ Investors, LP bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   Wells Fargo Bank, N.A.
           debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          DAVID W. TIDD    on behalf of Debtor Peter James Roberts bankruptcy@davidtiddlaw.com
          DAVID W. TIDD    on behalf of Joint Debtor Ginger M. Roberts bankruptcy@davidtiddlaw.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          GILBERT B. WEISMAN    on behalf of Creditor   ECAST Settlement Corporation notices@becket-lee.com
          JILL MANUEL-COUGHLIN    on behalf of Creditor   Wells Fargo Bank, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          SENIQUE MONEE MOORE    on behalf of Creditor   Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| PETER JAMES ROBERTS | : | |
| GINGER MARLENE ROBERTS | : | |
| | : | Case No.: 14-15250ref |
| Debtors. | : | |

**ORDER**

     **AND NOW**, upon consideration of the Debtor's Motion to Modify First Amended Chapter 13 Plan Post-Confirmation with respect to all creditors, good cause and good faith appearing, it is hereby

     **ORDERED** that the Debtor's Motion is granted and the Addendum to Debtor's First Amended Plan is Approved.

BY THE COURT:

**Date: January 9, 2018**

_____
                                         J.