**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| IN RE: | Case No. 14-15250-elf |
| | Chapter 13 |
| GINGER M. ROBERTS | |
| *AKA* GINGER MARLENE BAUMAN | |
| *AKA* GINGER MARLENE CONFER | |
| *AKA* GINGER MARLENE ROBERTS | |
| | |
| PETER JAMES ROBERTS | |
| | |
| Debtor(s). | |

## **NOTICE OF APPEARANCE**

**Liberty Revolving Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:    */s/ Daniel Jones, Esquire*
Daniel Jones, Esquire
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 20th day of November 2019, to the following:

David W. Tidd
656 Ebersole Road
Reading, PA 19605
bankruptcy@davidtiddlaw.com
*Attorney for Debtor(s)*


Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
info@ReadingCh13.com
*Chapter 13 Trustee*


United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first-class mail postage prepaid to:

Ginger M. Roberts
*aka* Ginger Marlene Bauman, *aka* Ginger Marlene Confer, *aka* Ginger Marlene Roberts
1009 Pawnee Street
Bethlehem, PA 18015

Peter James Roberts
1009 Pawnee Street
Bethlehem, PA 18015
*Debtor(s)*


                                          By:    */s/Daniel Jones, Esquire*