```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
```

In re:                                                          Case No. 14-15250-elf
Peter James Roberts                                             Chapter 13
Ginger M. Roberts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: JEGilmore            Page 1 of 1             Date Rcvd: Dec 16, 2019
                               Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
13872053        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MTGLQ Investors, LP bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIEL P. JONES    on behalf of Creditor    Select Portfolio Servicing, Inc. et al.
               djones@sterneisenberg.com,    bkecf@sterneisenberg.com
              DANIEL P. JONES    on behalf of Creditor    Liberty Revolving Trust djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DAVID W. TIDD    on behalf of Joint Debtor Ginger M. Roberts bankruptcy@davidtiddlaw.com,
               debbburdick@gmail.com
              DAVID W. TIDD    on behalf of Debtor Peter James Roberts bankruptcy@davidtiddlaw.com,
               debbburdick@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 16

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-15250-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Peter James Roberts<br>1009 Pawnee Street<br>Bethlehem PA 18015 | Ginger M. Roberts<br>1009 Pawnee Street<br>Bethlehem PA 18015 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/16/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 | Select Portfolio Servicing, Inc. et al.<br>c/o Select Portfolio Servicing, Inc.<br>Attn: Remittance Processing<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/18/19

Tim McGrath
**CLERK OF THE COURT**