United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-15250-pmm
Peter James Roberts                                             Chapter 13
Ginger M. Roberts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore         Page 1 of 3          Date Rcvd: May 13, 2020
                             Form ID: 138NEW          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.

| | | |
|---|---|---|
| db/jdb | +Peter James Roberts,   Ginger M. Roberts,   1009 Pawnee Street,   Bethlehem, PA 18015-4126 | |
| smg | +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,   Allentown, PA 18101-1603 | |
| smg | City Treasurer,    Eighth and Washington Streets,   Reading, PA  19601 | |
| smg | +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520 | |
| smg | +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401 | |
| smg | +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300 | |
| cr | +Liberty Revolving Trust,   c/o Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,   The Shops at Valley Square,   Warrington, PA 18976-3403 | |
| cr | +WELLS FARGO BANK, N.A.,   P.O. Box 29482,   Phoenix, AZ 85038-9482 | |
| 13337879 | +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014 | |
| 13376914 | +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132 | |
| 13337882 | +City Electric Supply,   2589 Oscar Johnson Dr,   N. Charleston, SC 29405-6840 | |
| 13390533 | ++City Electric Supply Co.,   P.O. Box 71645,   North Charleston, SC 29415-1465 | |
| 13411403 | +Colonial Electric Supply Co Inc.,   201 W Church Rd,   King of Prussia PA 19406-3247 | |
| 13337883 | Design And Construction Resources,   PO Box 2380,   Vista, CA 92085-2380 | |
| 13337886 | +Interstate Fleets, Inc.,   696 Bethlehem Pike (Rt. 309) PO Box 297,   Colmar, PA 18915-0297 | |
| 13337887 | +Interstate Fleets1, Inc,   696 Bethlehem Pike (Rt.309), PO Box 297,   Colmar, PA 18915-0297 | |
| 14428975 | +Liberty Revolving Trust,   c/o Daniel Jones, Esquire,   1581 Main Street, Suite 200,   The Shops at Valley Square,   Warrington, Pa 18976-3403 | |
| 13337888 | Lighting Fixture & Supply,   1033 Sumner Avenue, PO Box 1259,   Allentown, PA  18105-1259 | |
| 13337889 | Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY  14225-1943 | |
| 13872053 | +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004 | |
| 13337891 | +St. Luke's Health Network,   801 Ostrum Street,   Bethlehem, PA 18015-1000 | |
| 13337892 | +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497 | |
| 13337893 | +Thomas M. Federman, Esquire,   Federman & Associates, LLC,   305 York Road, Suite 300,   Jenkintown, PA 19046-3249 | |
| 13337894 | +Unvl/citi,   Po Box 6241,   Sioux Falls, SD 57117-6241 | |
| 13477762 | +Wells Farg0 Bank, NA,   JILL MANUEL-COUGHLIN,   Eight Neshaminy Interplex,   Suite 215,   Trevose, PA 19053-6980 | |
| 13337896 | Wells Fargo Bank,   P.O. Box 30086,   Los Angeles, PA  90030-0086 | |
| 13441615 | +Wells Fargo Bank, N.A.,   Attn: Bankruptcy Department,   MAC #T7416-023,   4101 Wiseman Blvd.,   San Antonio TX 78251-4200 | |
| 13442289 | +Wells Fargo Bank, N.A.,   FEDERMAN & ASSOCIATES, LLC,   305 York Road,   Suite 300,   Jenkintown, PA 19046-3249 | |
| 13441855 | Wells Fargo Bank, N.A.,   Wells Fargo Home Mortgage,   1 Home Campus X2302-041,   Des Moines, IA 50306 | |
| 13369012 | +Wells Fargo Payment Remittance Center,   PO Box 51174,   Los Angeles, CA 90051-5474 | |
| 13337897 | +Wfhm,   4101 Wiseman Blvd # Mc-t,   San Antonio, TX 78251-4200 | |
| 13398929 | eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262 | |
| 13402162 | eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,   POB 29262,   New York, NY 10087-9262 | |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| smg | E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:52:42   Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946 | |
| smg | +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2020 03:52:59    U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404 | |
| cr | E-mail/Text: jennifer.chacon@spservicing.com May 14 2020 03:53:22   Select Portfolio Servicing, Inc. et al.,   Select Portfolio Servicing, Inc.,   Attn: Remittance Processing,   PO Box 65450,   Salt Lake City, UT  84165-0450 | |
| cr | E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:55:05    Synchrony Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605 | |
| 13372338 | E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 14 2020 03:52:26   AmeriCredit Financial Services, Inc.,   P O Box 183853,   Arlington, TX 76096 | |
| 13349857 | +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 14 2020 03:52:26   AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,   Arlington, TX 76096-3853 | |
| 13418151 | E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2020 03:54:44   American InfoSource LP as agent for,   Verizon,   PO Box 248838,   Oklahoma City, OK  73124-8838 | |
| 13337880 | +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 14 2020 03:53:23   Berks Credit & Collections,   900 Corporate Dr,   Reading, PA 19605-3340 | |
| 13337881 | +E-mail/Text: ssohaney@blco-cpa.com May 14 2020 03:53:15    Buckno Liscky & Company,   1524 Linden St.,   Allentown, PA 18102-4285 | |
| 13376604 | E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2020 03:54:04    CACH, LLC,   P O Box 10587,   Greenville, SC 29603-0587 | |
| 13337884 | +E-mail/PDF: gecsedi@recoverycorp.com May 14 2020 03:54:30    Gecrb/walmart,   Po Box 965024,   Orlando, FL 32896-5024 | |

```
District/off: 0313-4              User: JEGilmore         Page 2 of 3              Date Rcvd: May 13, 2020
                                 Form ID: 138NEW          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13337885      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 14 2020 03:52:26      Gm Financial,
               Po Box 181145,   Arlington, TX 76096-1145
14428563      +E-mail/Text: jennifer.chacon@spservicing.com May 14 2020 03:53:22      Liberty Revolving Trust,
               c/o Select Portfolio Servicing, Inc.,   3217 S. Decker Lake Dr.,
               Salt Lake City, UT 84119-3284
13337890      +E-mail/Text: bankruptcy@ondeck.com May 14 2020 03:53:20      On Deck,   901 North Stuart Street,
               Arlington, VA 22203-4129
13390365       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2020 03:53:59
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13355198       E-mail/PDF: rmsced@recoverycorp.com May 14 2020 03:55:13
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14440182       E-mail/Text: jennifer.chacon@spservicing.com May 14 2020 03:53:22
               Select Portfolio Servicing, Inc. et al.,   c/o Select Portfolio Servicing, Inc.,
               Attn: Remittance Processing,   PO Box 65450,   Salt Lake City, UT 84165-0450
13337895      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2020 03:52:16
               Verizon Wireless,   P.O. Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                           TOTAL: 18


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
               Arlington, tx 76096-3853
cr*            CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
cr*            ECAST Settlement Corporation,   POB 29262,   New York, NY  10087-9262
13902185*      eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
                                                                            TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    MTGLQ Investors, LP bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DANIEL P. JONES    on behalf of Creditor    Liberty Revolving Trust djones@sterneisenberg.com,
           bkecf@sterneisenberg.com
          DANIEL P. JONES    on behalf of Creditor    Select Portfolio Servicing, Inc. et al.
           djones@sterneisenberg.com,  bkecf@sterneisenberg.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A.
           debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          DAVID W. TIDD    on behalf of Joint Debtor Ginger M. Roberts bankruptcy@davidtiddlaw.com,
           bbkconsultantllc@gmail.com
          DAVID W. TIDD    on behalf of Debtor Peter James Roberts bankruptcy@davidtiddlaw.com,
           bbkconsultantllc@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank, N.A. bankruptcy@powerskirn.com
          KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

District/off: 0313-4          User: JEGilmore          Page 3 of 3          Date Rcvd: May 13, 2020
                             Form ID: 138NEW          Total Noticed: 51

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
              Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                    TOTAL: 16

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Peter James Roberts and Ginger M.
Roberts

               Debtor(s)                                    Bankruptcy No: 14−15250−pmm

                                                        Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN
THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be
filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the
entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from
the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and
Account and enter the Order of Discharge.

                                                For The Court
                                              Timothy B. McGrath
                                              Clerk of Court

Dated: 5/13/20