United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-15250-pmm
Peter James Roberts                                             Chapter 13
Ginger M. Roberts
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: JEGilmore         Page 1 of 1         Date Rcvd: Jun 05, 2020
                             Form ID: 195            Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
```
db/jdb         +Peter James Roberts,    Ginger M. Roberts,    1009 Pawnee Street,    Bethlehem, PA 18015-4126
cr              ECAST Settlement Corporation,    POB 29262,    New York, NY  10087-9262
cr             +Liberty Revolving Trust,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 The Shops at Valley Square,    Warrington, PA 18976-3403
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 06 2020 03:32:15
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, tx 76096-3853
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:38:25     CACH, LLC,
                 PO Box 10587,    Greenville, SC  29603-0587
cr              E-mail/Text: jennifer.chacon@spservicing.com Jun 06 2020 03:32:38
                 Select Portfolio Servicing, Inc. et al.,    Select Portfolio Servicing, Inc.,
                 Attn: Remittance Processing,    PO Box 65450,    Salt Lake City, UT  84165-0450
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:38:45     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MTGLQ Investors, LP bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIEL P. JONES    on behalf of Creditor    Liberty Revolving Trust djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DANIEL P. JONES    on behalf of Creditor    Select Portfolio Servicing, Inc. et al.
               djones@sterneisenberg.com,    bkecf@sterneisenberg.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DAVID W. TIDD    on behalf of Joint Debtor Ginger M. Roberts bankruptcy@davidtiddlaw.com,
               bbkconsultantllc@gmail.com
              DAVID W. TIDD    on behalf of Debtor Peter James Roberts bankruptcy@davidtiddlaw.com,
               bbkconsultantllc@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              GILBERT B. WEISMAN    on behalf of Creditor    ECAST Settlement Corporation notices@becket-lee.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank, N.A. bankruptcy@powerskirn.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A. senique.moore@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                       : Chapter 13

Peter James Roberts and Ginger M. Roberts                  : Case No. 14–15250–pmm
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 5, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

73
Form 195